Rel: November 21, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0002

Katy Cousart, otherwise known as Katy Frazier; Katy Frazier, PMHNP-BC, LLC; Doris Bell; Doris A. Bell, LICSW, LLC; Angela Waldrop; Angela Waldrop, PMHNP-BC, LLC; and Lighthouse Psychiatry Behavioral Health Clinic, LLC v. North Alabama Family Psychiatry and Counseling, LLC (Appeal from Madison Circuit Court: CV-22-900863).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Wise, Sellers, Mendheim, Cook, and McCool, JJ., concur.